170 A.3d 311

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

June 29, 2017

ORDER

It is ORDERED that the motions of the New Jersey State League of Municipalities and New Jersey Institute of Local Government Attorneys for leave to file a motion for leave to appear amicus curiae as within time (M–1283) and for leave to file a brief and argue as amicus curiae (M–1284) are granted. The parties may serve and file briefs in response on or before July 31, 2017. Oral argument is limited to five minutes.